## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JANIS L. DUNBAR,

                  Plaintiff,                        25 **CIVIL** 1961 (LLS)

       -against-                                   **JUDGMENT**

RAASHAWN CASEY Radio Show Host; LENARD
MCKELVEY Radio Show Host; JESSICA ROBIN
MOORE Radio Show Host,

                  Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 1, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction and as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Fed. R. Civ. P. 12(h)(3). The Court warns Plaintiff that further vexatious or frivolous litigation in this court may result in an order barring her from filing new actions IFP unless she receives prior permission from the court to file a new action. See 28 U.S.C. § 1651. The Court has denied Plaintiff's "Motion to Submit into Evidence" as moot. (ECF 7.) Judgment is entered in this action.

**Dated:** New York, New York

      July 8, 2025

                                                           **TAMMI M. HELLWIG**

                                                             **Clerk of Court**

                                   **BY:**         *K. Mango*

                                                             **Deputy Clerk**